UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20722-CIV-KING-BANDSTRA

SHARON BROWN,

    Plaintiff,

v.

CELEBRITY CRUISES, INC.,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

THIS MATTER is before the Court upon Plaintiff's Motion to Compel Discovery (D.E. #12) filed July 14, 2009 in the above-styled case. After careful review of the record, it is

ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Compel Discovery (**D.E. #12**) be, and the same is hereby **GRANTED**. Defendant Celebrity Cruises, Inc. shall respond to Plaintiff's First Request for Production of Documents within fifteen (15) days from the date of this Order.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, ~~Miami,~~ Florida, this 20th day of July, 2009.

                                    JAMES LAWRENCE KING
                                    UNITED STATES DISTRICT JUDGE

cc: ***Counsel for Plaintiff:***
David H. Pollack, Esq.
LAW OFFICES OF DAVID H. POLLACK, LLC
540 Brickell Key Drive
Suite C-1
Miami, FL 33131

***Counsel for Defendant:***
Amanda Jacobs, Esq.
1050 Caribbean Way
Miami, FL 33132

2